UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                          Case Number: 4:19–cr–00719

Christopher McIntosh
Jason Brown
Michael Goodwin
Scott Carroll
Patrick W Kelly

## NOTICE OF RESETTING

**A proceeding has been reset in this case as to Christopher McIntosh, Jason Brown, Michael Goodwin, Scott Carroll, Patrick W Kelly as set forth below.**

**Before the Honorable Peter Bray**

**PLACE:**
by video

**DATE:** 7/17/2020

**TIME:** 01:00 PM

**TYPE OF PROCEEDING:** Arraignment

Date: July 15, 2020                                          David J. Bradley, Clerk