UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. H-19-719-S2 |
| | § | |
| CHARLES MCCREARY ET AL. | § | |

**JOINT PROPOSED**
**JUROR QUESTIONNAIRE**

The parties hereby submit to the Court this joint proposed jury questionnaire. The parties cannot agree on questions 29 and 31, which the defendant proposes.

\* \* \*

In addition to the information that is collected in the Southern District of Texas Jury Questionnaire, please fill out the following supplemental questionnaire for *U.S. v. McCreary et al.*

1. Have you or any member of your immediate family ever had an unpleasant experience with any governmental agency or state agency?

2. Did this experience cause you to be biased against the government?

3. Do you have any friends or family members in law enforcement?

4. Would that relationship make it difficult for you to be fair and impartial?

1

5. Have you or any member of your immediate family had such a negative experience with law enforcement or the legal community that you would be unable to serve as a fair and impartial juror?

6. Have you or any member of your immediate family had any difficult or unpleasant experiences with the federal government, Homeland Security Investigations (HSI), the Unites States Attorney's Office or the United States Department of Justice?

7. Have you or a close relative been charged with a non-traffic violation of either the state or federal law? Please identify who was charged and what they were charged with. What was the outcome of the case? How did it affect you personally? Would this experience or how it affected your family or friend affect your ability to be fair and impartial?

8. Have you or a family member or a close friend ever been the victim of a crime? If so, what was the nature of the crime? Was the perpetrator caught and prosecuted? Did you have to appear as a witness in court? Based on that experience, could you still be fair and impartial when evaluating the evidence in this case?

9. Do you or a family member or a close friend know someone who has been involved in, or has been a victim of any sex crime, child exploitation offense,

child abuse or other similar crime? Would this experience or how it affected your family or friend affect your ability to be fair and impartial?

10. Do you or a family member or a close friend know someone who has been accused of, whether proven or not, being involved in or committing a sex crime, child exploitation offense, child abuse or other similar crime? Would this experience or how it affected your family or friend affect your ability to be fair and impartial?

11. Have you ever been exposed to child pornography? Would being exposed to child pornography as part of this trial make it *impossible* for you to be fair and impartial and/or participate as a juror?

12. Do you believe that child pornography is or should be protected by the First Amendment?

13. The government is going to show you material they assert is child pornography. This type of content is very disturbing. How difficult would it be for you to afford the accused the presumption of innocence after viewing this material?

14. Do you own a computer, tablet, smartphone, video game console, or other internet accessible device at work or at home?

15. Do you know how to access and use the internet? Do you use email, social media, or any chat platform via the internet? Which ones?

16. Do you have any specialized computer training or expertise?

17. Do you know how to anonymize yourself online?

18. Do you know what a virtual private network (VPN) is? Do you currently, or have you ever used a VPN?

19. Do you know what Internet Relay Chat (IRC) is? Do you currently, or have you ever used IRC?

20. Do you have any conscientious objection, religious belief, or mental reservation such that you could not, in good faith, sit as a juror in this criminal case and return a verdict of guilty?

21. How strongly do you feel that a person who has been indicted or accused by the government of a crime must have done something wrong?

22. Do you believe that someone who has been accused of a crime is innocent until proven guilty in a court of law?

23. How important is it to you that a defendant testifies in his own behalf at trial?

24. How important to you is the 5th Amendment right to remain silent?

25. It is not against the law to fantasize about sex with children. Nor is it against the law to share those fantasies with others. It is also not against the law to roleplay those sexual fantasies. If you learn that one or more of the defendants participated in such fantasies, would it make it difficult for you to be a fair and impartial juror?

26. Some of the defendants or witnesses in this case have been convicted of sexual offenses. Do any of you have personal feelings about that so strong that you would not be able to set them aside in this case?

27. Some people believe adult pornography should be illegal. Some people believe that sex should only be between members of the opposite sex. If you learn that one or more of the defendants participated in those activities how difficult would it be for you to be a fair and impartial juror?

28. Prejudice can mean many things to many people. In this Court, it means that you should not "pre-judge" the case based upon outside beliefs, biases, sympathies, or prejudices. This is easy to instruct but sometimes hard to follow. Some jurors may be able to set aside their beliefs and conviction on one type of case but not another. That is ok. We are seeking jurors for the case at hand. How difficult would it be for you to put aside your personal beliefs and be fair in this type of case?

29. A "reasonable doubt" is a doubt based upon reason and common sense after careful and impartial consideration of all the evidence in the case. Proof beyond a reasonable doubt, therefore, is proof of such a convincing character that you would be willing to rely and act upon it without hesitation in making the most important decisions of your own affairs. In criminal trials the

standard of proof by which the government must prove their case is "beyond a reasonable doubt." What does reasonable doubt mean to you?

30. Name two people not related to you that you admire the most.

31. In your opinion what is the biggest strength of the criminal justice system? In your opinion what is the greatest weakness in the criminal justice system?

32. Is there any issue raised in this questionnaire, but not specifically asked in it, that would make it difficult to serve as a juror in this cause? Please explain: