United States District Court
Southern District of Texas
**ENTERED**
June 15, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| versus § | CRIMINAL H-19-719 (02) |
| § | |
| Christopher McIntosh, § | |

Order for Presentence Investigation and
Disclosure & Sentencing Dates

The defendant having been found guilty on counts _1 and 2_ a presentence report is ordered.

1. By August 22, 2022 the initial presentence report must be disclosed to counsel (*about 35 days after determination of guilt*).

2. By September 6, 2022, counsel must object in writing to the facts used and application of the guidelines or state that there is no objection (*14 days after disclosure*).

3. By September 19, 2022, the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues (*14 days after disclosure*).

4. Sentencing is set for October 3, 2022 at 1:00 p.m. (*no sooner than 35 days from initial disclosure*).

5. For counsel to attend interviews with the defendant, counsel must tell the United States Probation Officer immediately; within 5 days, counsel must supplement that oral request with one in writing.

6. The defendant must go immediately—with a copy of this order—to:

United States Probation Department
Room 2301, 515 Rusk Avenue, Houston
Telephone: (713) 250-5266

If you get this order after 5:00 p.m., report to the Probation Department no later than 10:00 a.m. on the next workday.

Signed June 15, 2022

DAVID HITTNER
United States District Judge

Copies: United States Probation
AUSA: Kim Leo, Sherri Zack & James Burke
Defense Counsel: Tom Berg (R)
Defendant is **in Custody.**