United States District Court
Southern District of Texas
**ENTERED**
September 07, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America, | § | |
| | § | |
| v. | § | C.R. Action H-19-719 |
| | § | |
| Charles McCreary, | § | |
| Christopher McIntosh | § | |
| Jason Brown, | § | |
| Michael Goodwin, | § | |
| Scot Fucito, | § | |

## ORDER

The following dates shall govern this action:

Initial presentence report must be disclosed by November 14, 2022.

Objections must be filed by November 28, 2022.

Final Presentence Report due by December 12, 2022.

Sentencing set for December 19, 2022 at 1:00 p.m.

SIGNED at Houston, Texas, on this 6th day of September, 2022.

_____
DAVID HITTNER
United States District Judge